TRAMONTE DISTRIBUTING COMPANY, APPELLEE, *v.* CANANDAIGUA WINE COMPANY, INC. ET AL., APPELLANTS.

[Cite as *Tramonte Distrib. Co. v. Canandaigua Wine Co.* (1994), 68 Ohio St.3d 515.]

(No. 93–311—Submitted January 25, 1994—Decided March 23, 1994.)

---

*Buckingham, Doolittle & Burroughs* and *Orville L. Reed III,* for appellee.

*Jones, Day, Reavis & Pogue, John W. Edwards, Kathleen B. Burke* and *John M. Majoras,* for appellants.

*Stark & Knoll Co., L.P.A., Thomas G. Knoll* and *Leonard W. Stauffenger,* for appellant House of La Rose, Inc.

---

The judgment of the court of appeals is reversed and the cause is remanded to the trial court to reinstate its judgment on authority of *Tri County Distrib., Inc. v. Canandaigua Wine Co.* (1993), 68 Ohio St.3d 123, 623 N.E.2d 1206.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.